UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HANIEH ALSADAT HEDAYATI, et al.,

      Plaintiffs,

   v.

JOSEPH B. EDLOW,

      Defendant.

Case No.  26-cv-04054-VKD

**ORDER FOR CHAMBERS COPIES**

The Court's Standing Order for Civil Cases requires parties to deliver chambers copies of filings "no later than the close of the next court day following the day that the paper was electronically filed."  Additionally, "[c]hambers copies must be double-sided and 3-hole punched along the left margin of the paper," "marked with the notation 'Chambers Copy' and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words 'Magistrate Judge DeMarchi Chambers Copies.'"

The Court has not yet received a chambers copy of plaintiffs' motion for preliminary injunction (Dkt. No. 9) filed on May 15, 2026.  By **4:00 p.m. on May 27, 2026,** plaintiffs shall deliver a chambers copy of their opening motion and supporting papers in accordance with this Court's Standing Order for Civil Cases.  Additionally, the parties shall deliver chambers copies of their respective forthcoming briefing on plaintiffs' preliminary injunction motion in compliance with the Court's Standing Order for Civil Cases.

    **IT IS SO ORDERED.**

Dated: May 26, 2026

Virginia K. DeMarchi
United States Magistrate Judge