UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HANIEH ALSADAT HEDAYATI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW,<br><br>Defendant. | Case No.  26-cv-04054-VKD<br><br>**ORDER DIRECTING PLAINTIFFS TO DELIVER CHAMBERS COPY RE REPLY PAPERS**<br><br>Re: Dkt. No. 17 |

The Court's Standing Order for Civil Cases requires parties to deliver chambers copies of filings "no later than the close of the next court day following the day that the paper was electronically filed."  Additionally, "[c]hambers copies must be double-sided and 3-hole punched along the left margin of the paper," "marked with the notation 'Chambers Copy' and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words 'Magistrate Judge DeMarchi Chambers Copies.'"

The Court has not yet received chambers copies of plaintiffs' June 5, 2026 reply papers (Dkt. No. 17) to the pending motion for preliminary injunction.  This is the second occasion on which plaintiffs have not complied with the Court's requirement regarding delivery of chambers copies.  See Dkt. No. 14.  By **9:00 a.m. on June 11, 2026**, plaintiffs shall deliver chambers copies of those filings in accordance with this Court's Standing Order for Civil Cases.

**IT IS SO ORDERED.**

Dated: June 10, 2026

Virginia K. DeMarchi
United States Magistrate Judge